```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PATRICIA WILLIAMS, | : | CIVIL ACTION |
| | : | NO. 07-1832 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

ORDER

**AND NOW**, this **12th** day of **November 2008**, upon consideration of the Report and Recommendation filed by Magistrate Judge Lynne A. Sitarski (doc. no. 17),[1] Plaintiff's requests for review (doc. no. 8), Defendant's response to Plaintiff's request (doc. no. 11), and Plaintiff's sur reply thereto (doc. no. 13), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's request for review is **GRANTED** in part and **DENIED** in part. It is **GRANTED** to the extent that it alleges: (a) ALJ erred in its determination that Plaintiff can perform past relevant work; and (b) ALJ erred in her failure to recognize the differences

---

[1] The Commissioner did not file Objections to the Report and Recommendation.

>   between Plaintiff's description of Plaintiff's past work as an automotive service advisor and the DOT description of a similar position. It is **DENIED** on all other grounds.
>
> 3. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. §405(g) for further proceedings consistent with this order.[2]

**AND IT IS SO ORDERED.**

                                    S/Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO, J.**

---

[2] Specifically, upon remand, the ALJ should: (a) explain her conclusion that the Plaintiff is capable of performing past relevant work; (b) address the discrepancies between the VE and DOT descriptions for the automobile service advisor and retail manager positions.